# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACKIE PHAM,** ) | Case No. 2:11-CV-06708-DMG-PLA |
| ) | |
| Plaintiff, ) | **ORDER RE DISMISSAL [17]** |
| ) | |
| vs. ) | |
| ) | |
| **LEGAL RECOVERY LAW** ) | |
| **OFFICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

Having reviewed the parties' stipulation to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, IT IS HEREBY ORDERED that the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated:  January 25, 2012

_____
DOLLY M. GEE
United States District Judge